**Order entered February 5, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00050-CV

### WINSTEAD PC, Appellant

### V.

### DEWEY M. MOORE, JR., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15858**

## ORDER

Before the Court is appellant's February 3, 2020 motion to extend the time to file its brief on the merits. We **GRANT** the motion and extend the time to **March 20, 2020**. We caution appellant that further requests for extension of time in this accelerated appeal will be disfavored.

/s/    BILL WHITEHILL
        JUSTICE